FILED

2011 MAY 19 AM 9:05

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ACTIVE NETWORK, INC.,<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>ELECTRONIC ARTS INC.,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 10-cv-1158 BEN (WVG)<br><br>ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITHOUT PREJUDICE<br><br>[Docket No. 62] |

　　　Having reviewed the parties' joint motion to dismiss this action without prejudice, and good cause appearing therefor, the Court hereby GRANTS the joint motion. The above-captioned action is DISMISSED WITHOUT PREJUDICE. Each party to bear its own costs and attorneys' fees. The Clerk may close the file in this case.

IT IS SO ORDERED.

Date: May 6, 2011

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Roger T. Benitez
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court